# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                       Plaintiff,         )<br>                                                            )<br>             v.                                         )<br>                                                            )<br>APPROXIMATELY $24,546.25 IN US )<br>CURRENCY, et al.,                          )<br>                                                            )<br>                       Defendants.    )<br>_____ ) | 1:09cv0284 OWW DLB<br><br>ORDER DISQUALIFYING MAGISTRATE<br>JUDGE AND REASSIGNING CASE<br><br>**Old Case Number:  1:09cv0284 OWW DLB**<br><br>**New Case Number: 1:09cv0284 OWW SMS** |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:09cv0284 OWW SMS.**  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **February 17, 2009**            /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE